UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **CHRISTOPHER E. BROWN,** | : | |
| Plaintiff | : | CASE NO.: 3:18-cv-1127-VLB |
| | : | |
| vs. | : | |
| | : | |
| **R&F ORANGE, LLC,** | : | |
| Defendant. | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, except as otherwise agreed, each party shall bear its respective fees and costs.

Dated: December 21, 2018

| Respectfully Submitted, | Respectfully Submitted, |
|---|---|
| By: /s/ *Louis I. Mussman* | By: /s/ *Sara R. Simeonidis* |
| Louis I. Mussman (ct27484) | Sara R. Simeonidis (ct 25566) |
| Ku & Mussman, P.A. | Jackson Lewis P.C. |
| 18501 Pines Boulevard | 90 State House Square, 8th Floor |
| Suite 209-A | Hartford, CT 06103 |
| Pembroke Pines, FL 33029 | Tel: (860) 522-0404 |
| Tel: (305) 891-1322 | Fax: (860) 247-1330 |
| Fax: (305) 891-4512 | sara.simeonidis@jacksonlewis.com |
| louis@kumussman.com | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 21st day of December, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system with a copy electronically delivered through CM/ECF to the following attorneys of record:

Sara R. Simeonidis, Esq.
Jackson Lewis P.C.
90 State House Square, 8th Floor
Hartford, CT 06103
sara.simeonidis@jacksonlewis.com

                                      */s/ Louis I. Mussman*             .
                                      Louis I. Mussman, Esq.